## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

ABBEY MICHELL WAKE                                                           PLAINTIFF

v.                                      NO. 4:20-cv-00091-JM

HARMONY GROVE SCHOOL                                     DEFENDANTS
DISTRICT 614, *et al.*

## ORDER

The Court has been advised that the parties have reached an agreement in this case. The pretrial conference and the jury trial scheduled for January 10, 2022, is cancelled and this case is removed from the trial docket.  All pending motions are denied as moot in light of the settlement.

IT IS SO ORDERED this 20th day of December, 2021.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE